```
                                      United States Bankruptcy Court
                                      Eastern District of New York
In re:                                                                             Case No. 14-43830-ess
Oliver A. Satchell                                                                 Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0207-1           User: acruz                 Page 1 of 1                  Date Rcvd: Sep 15, 2014
                               Form ID: 274                Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2014.
```
db             +Oliver A. Satchell,    1175 Flatbush Ave,    Brooklyn, NY 11226-7004
8380515        +EMIGRANT FUNDING CORP,    C/O HELMUT BORCHERT ESQ.,    19-02 WHITESTONE EXPY,    SUITE 302,
                 WHITESTONE, NY 11357-3099
8396573        +Emigrant Mortgage Company, Inc. as servicing agent,    19-02 Whitestone Expressway, Suite 302,
                 Whitestone, New York 11357-3099
8389631        +Wells Fargo Bank, National Association as Trustee,    Clarfield, Okon, Salomone & Pincus, P.L,
                 425 RXR Plaza,    Uniondale, NY 11556-3811
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 15 2014 18:14:46
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8403594         EDI: DISCOVER.COM Sep 15 2014 18:13:00       Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH   43054-3025
8397313         E-mail/Text: EBrewster@dep.nyc.gov Sep 15 2014 18:14:45      New York City Water Board,
                 Department of Environmental Protection,    Andrew Rettig, Assistant Council,
                 59-17 Junction Blvd, 13th Floor,    Flushing NY 11373-5108
                                                                                              TOTAL: 3

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2014 at the address(es) listed below:
              Dennis A Amore    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for
               Option One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1
               damore@cosplaw.com, sramkhelawan@cosplaw.com
              Marianne DeRosa    Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Robert W Frommer    on behalf of Creditor    Emigrant Mortgage Company, Inc. as servicing agent of
               Retained Realty, Inc. rfrommer@blpcny.com
                                                                                              TOTAL: 4
```

# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−14−43830−ess |
| Oliver A. Satchell | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−5712 | |
| DEBTOR(s) | |

## NOTICE OF AUTOMATIC DISMISSAL OF CASE

## UNDER BANKRUPTCY CODE § 521 (i)(1)

1) This case was filed on July 28, 2014 with deficiencies.

2) A Notice of Deficiency Filing was sent on July 28, 2014 informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on August 28, 2014 notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.

Dated: September 15, 2014

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod521.jsp** [Notice of Dismissal rev.2/8/06]